In the Matter of **KNOLL REALTY CORP.,** Debtor.

**Grumman Village Garden Homes, Inc., Petitioner-Appellant,**

**Joseph F. Ruggieri, Trustee-Appellee, William J. Burke, Cross-Petitioner.**

No. 150, Docket 24777.

United States Court of Appeals Second Circuit.

Argued Jan. 14, 1958.

Decided Feb. 6, 1958.

Benjamin Jaffe, New York City (Ralph Stout and Benjamin Jaffe, New York City, of counsel), for petitioner-appellant.

Louis P. Rosenberg, Brooklyn, N. Y., for trustee-appellee.

Before MEDINA and MOORE, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on Judge Abruzzo's opinion, 159 F.Supp. 237.

**BEN KANOWSKY, Inc., Appellant,**

v.

**John W. ARNOLD, Appellee.**

No. 16603.

United States Court of Appeals Fifth Circuit.

March 12, 1958.

G. H. Kelsoe, Jr., Dallas, Tex., for appellant.

Joe H. McCracken, III, Dallas, Tex., for appellee.

Bessie Margolin, Asst. Sol. U. S. Dept. of Labor, Washington, D. C., for amicus curiæ, James P. Mitchell, Sec. of Labor.

Before CAMERON, JONES and WISDOM, Circuit Judges.

PER CURIAM.

Upon considering the petition for rehearing, along with the brief of the Secretary of Labor filed in support thereof, it is ordered that the figure $33,125.95 in Note 7 of the opinion filed December 10, 1957, 250 F.2d 47, be and it is changed to $39,751.71; and the opinion having been so modified, it is further ordered that the petition for rehearing be, and it is denied.

**The CITY OF MIAMI, Appellant,**

v.

**Elmer A. WARD et al., Appellees.**

No. 16737.

United States Court of Appeals Fifth Circuit.

March 19, 1958.

John H. Smith, Asst. City Atty., William L. Pallot, City Atty., Miami, Fla., for appellant.

G. E. Graves, Jr., Edwin L. Davis, Miami, Fla., for appellees.

Before RIVES, TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The judgment, D.C.Fla., 151 F.Supp. 593, is affirmed on the authority of Holmes v. City of Atlanta, 350 U.S. 879, 76 S.Ct. 141, 100 L.Ed. 776; Id., 5 Cir., 223 F.2d 93; City of West Palm Beach v. Collie, 5 Cir., 252 F.2d 299.

Affirmed.